UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COSMOPOLITAN SHIPPING CO., INC., (a Delaware Corporation)<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL INSURANCE COMPANY, (a Pennsylvania Corporation),<br><br>Defendant. | Civil Action No.: 2:17-cv-04933WHW-CLW<br><br>Hon. William H. Walls, U.S.D.J.<br><br>NOTICE OF DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, FOR CHANGE OF VENUE<br><br>*Document Filed Electronically*<br><br>MOTION DATE: October 2, 2017 |

TO:    Gregory J. Coffey, Esq.
           Coffey & Associates
           310 South Street
           Morristown, New Jersey 07960
           *Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that on Monday October 2, 2017, or as soon thereafter as counsel may be heard, Defendant Continental Insurance Company ("CIC"), will move this Court, at the United States District Court, District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark NJ 07101, for an Order dismissing the complaint for declaratory judgment in the above-captioned matter or, in the alternative, for change of venue;

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, CIC will reply upon the attached brief;

**PLEASE TAKE FURTHER NOTICE** that in further support of this motion, CIC will also rely upon the attached Certification of Karen H. Moriarty, Esq., with exhibits;

1

**PLEASE TAKE FURTHER NOTICE** that CIC requests that this Court deem CIC's Motion to Dismiss as CIC's responsive pleading; and,

**PLEASE TAKE FURTHER NOTICE** that CIC requests that the Court enter the Proposed Form of Order attached hereto.

DATE: August 28, 2017

**COUGHLIN DUFFY LLP**

s/ Karen H. Moriarty
Karen H. Moriarty, Esq.
(KM 3867)
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962-1917
Tel: (973) 267-0058
Fax: (973) 267-6442
kmoriarty@coughlinduffy.com
*Attorneys for Defendant, Continental Insurance Company*