UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

COSMOPOLITAN SHIPPING CO., INC.,

                Plaintiff,

v.

CONTINENTAL INSURANCE COMPANY,

                Defendant.

**ORDER**

Civ. No. 17-4933 (WHW-CLW)

**Walls, Senior District Judge**

    Defendant Continental Insurance Company ("Continental") moves to dismiss the complaint for improper venue under Federal Rule of Civil Procedure 12(b)(3) or, alternatively, to transfer it to the United States District Court for the Southern District of New York under 28 U.S.C. § 1404(a). The motion being fully briefed and ripe for adjudication, it is hereby

    ORDERED that Continental's motion to dismiss is denied, and it is further

    ORDERED that Continental's motion to transfer this action to the United States District Court for the Southern District of New York is granted, and it is further

    ORDERED that the Clerk of the Court transfer this action to the United States District Court for the Southern District of New York, and it is further

    ORDERED that the Clerk of the Court designate this action, insofar as it exists in the United States District Court for the District of New Jersey, as closed.

DATE: 3 April 2018

                                  William H. Walls
                                  Senior United States District Court Judge