# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:17−cv−04933−WHW−CLW

| | |
|---|---|
| COSMOPOLITAN SHIPPING CO., INC. v. CONTINENTAL INSURANCE COMPANY<br>Assigned to: Judge William H. Walls<br>Referred to: Magistrate Judge Cathy L. Waldor<br>Cause: 28:1332 Diversity−Declaratory Judgment | Date Filed: 07/05/2017<br>Date Terminated: 04/03/2018<br>Jury Demand: Plaintiff<br>Nature of Suit: 110 Insurance<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **COSMOPOLITAN SHIPPING CO., INC.**<br>*a Delaware Corporation* | represented by | **GREGORY JOSEPH COFFEY**<br>COFFEY & ASSOCIATES<br>310 SOUTH STREET<br>MORRISTOWN, NJ 07960<br>(973) 539−4500<br>Email: gjc@coffeylaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **CONTINENTAL INSURANCE COMPANY**<br>*a Pennsylvania Corporation* | represented by | **KAREN H. MORIARTY**<br>COUGHLIN DUFFY LLP<br>350 MOUNT KEMBLE AVENUE<br>PO BOX 1917<br>MORRISTOWN, NJ 07962−1917<br>(973) 267−0058<br>Fax: (973) 267−6442<br>Email: kmoriarty@coughlinduffy.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**KEVIN T. COUGHLIN**<br>COUGHLIN DUFFY, LLP<br>350 MOUNT KEMBLE AVENUE<br>PO BOX 1917<br>MORRISTOWN, NJ 07962−1917<br>(973) 267−0058<br>Email: kcoughlin@coughlinduffy.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2017 | Ï 1 | COMPLAINT against CONTINENTAL INSURANCE COMPANY (CNA INSURANCE COMPANY), THE ( Filing and Admin fee $ 400 receipt number 0312−7944413) with JURY DEMAND, filed by Cosmopolitan Shipping Co., Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(COFFEY, GREGORY) (Entered: 07/05/2017) |

| | | |
|---|---|---|
| 07/05/2017 | Ï 2 | Corporate Disclosure Statement by Cosmopolitan Shipping Co., Inc. identifying None as Corporate Parent.. (COFFEY, GREGORY) (Entered: 07/05/2017) |
| 07/05/2017 | Ï | Case assigned to Judge William H. Walls and Magistrate Judge Cathy L. Waldor. (jr) (Entered: 07/05/2017) |
| 07/05/2017 | Ï 3 | SUMMONS ISSUED as to CONTINENTAL INSURANCE COMPANY Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. Issued By *John Reilly* (jr) (Entered: 07/05/2017) |
| 07/18/2017 | Ï 8 | Letter from State of NJ, Dept. of Banking & Insurance indicating that the Commissioner has accepted original service of process regarding this matter, & confirming that the Commissioner is not authorized to receive service of any other further documents in this action. (ld, ) (Entered: 07/27/2017) |
| 07/21/2017 | Ï 4 | NOTICE of Appearance by KAREN H. MORIARTY on behalf of CONTINENTAL INSURANCE COMPANY (MORIARTY, KAREN) (Entered: 07/21/2017) |
| 07/21/2017 | Ï 5 | NOTICE of Appearance by KAREN H. MORIARTY on behalf of CONTINENTAL INSURANCE COMPANY (MORIARTY, KAREN) (Entered: 07/21/2017) |
| 07/27/2017 | Ï 6 | NOTICE of Appearance by KEVIN T. COUGHLIN on behalf of CONTINENTAL INSURANCE COMPANY (COUGHLIN, KEVIN) (Entered: 07/27/2017) |
| 07/27/2017 | Ï 7 | STIPULATION *Consent Order Extending Time to Responsively Plead* by CONTINENTAL INSURANCE COMPANY. (MORIARTY, KAREN) (Entered: 07/27/2017) |
| 07/31/2017 | Ï 9 | STIPULATION AND CONSENT ORDER Extending Time to Responsively Plead; that the time within which Defendant must answer or otherwise move with respect to the Complaint be and hereby is extended up to and including August 28, 2017. Signed by Judge William H. Walls on 7/31/2017. (ld, ) (Entered: 07/31/2017) |
| 08/28/2017 | Ï 10 | MOTION to Dismiss for Lack of Jurisdiction by CONTINENTAL INSURANCE COMPANY. Responses due by 9/18/2017 (Attachments: # 1 Certificate of Service, # 2 Brief, # 3 Certification of Karen Moriarty, Esq., # 4 Exhibit A through L to Certification of Karen Moriarty, Esq., # 5 Text of Proposed Order)(MORIARTY, KAREN) (Entered: 08/28/2017) |
| 08/28/2017 | Ï 11 | Corporate Disclosure Statement by CONTINENTAL INSURANCE COMPANY identifying Loews Corporation as Corporate Parent.. (MORIARTY, KAREN) (Entered: 08/28/2017) |
| 08/29/2017 | Ï 12 | TEXT ORDER: The Court will hold an initial conference (rule 16) before U.S.M.J. C. Waldor in courtroom 4C on 10/10/17 at 2:30pm. Local counsel must be present. Parties are to submit a Joint Discovery Plan to chambers via email to CLW_Orders@njd.uscourts.gov no later than 3 days before the scheduled conference. Please contact chambers with any questions or concerns at (973) 776 7862. So Ordered by Magistrate Judge Cathy L. Waldor on 8/29/17. (tjg, ) (Entered: 08/29/2017) |
| 08/31/2017 | Ï | Set/Reset Deadlines as to 10 MOTION to Dismiss for Lack of Jurisdiction . Motion set for 10/2/2017 before Judge William H. Walls. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (ld, ) (Entered: 08/31/2017) |
| 08/31/2017 | Ï | Clerk's Note – please the Set/Reset Deadlines as to 10 MOTION to Dismiss for Lack of Jurisdiction. [Chambers will notify Counsel if Oral Argument is necessary] (ld, ) (Entered: 08/31/2017) |
| 09/08/2017 | Ï 13 | |

| | | |
|---|---|---|
| | | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion re <u>10</u> MOTION to Dismiss for Lack of Jurisdiction . (COFFEY, GREGORY) (Entered: 09/08/2017) |
| 10/02/2017 | Ï <u>14</u> | BRIEF in Opposition filed by COSMOPOLITAN SHIPPING CO., INC. re <u>10</u> MOTION to Dismiss for Lack of Jurisdiction (Attachments: # <u>1</u> Certification of Phyllis T. Conway, # <u>2</u> Certification of Gregory J. Coffey, # <u>3</u> Certificate of Service)(COFFEY, GREGORY) (Entered: 10/02/2017) |
| 10/05/2017 | Ï <u>15</u> | Letter from Gregory J. Coffey. (COFFEY, GREGORY) (Entered: 10/05/2017) |
| 10/10/2017 | Ï <u>16</u> | REPLY to Response to Motion filed by CONTINENTAL INSURANCE COMPANY re <u>10</u> MOTION to Dismiss for Lack of Jurisdiction (Attachments: # <u>1</u> Certification Supplemental Certification of Karen H. Moriarty in Support of Motion to Dismiss, # <u>2</u> Exhibit A/Consent Judgment, # <u>3</u> Exhibit B/Gateway Business, # <u>4</u> Exhibit C/McCall, # <u>5</u> Exhibit D/Fellner, # <u>6</u> Exhibit E/Lipton)(MORIARTY, KAREN) (Entered: 10/10/2017) |
| 10/10/2017 | Ï <u>17</u> | ORDER resetting Rule 16 Conference for 10/31/2017 at 10:00 AM before Magistrate Judge Cathy L. Waldor. Signed by Magistrate Judge Cathy L. Waldor on 10/6/2017. (jr) (Entered: 10/11/2017) |
| 10/25/2017 | Ï <u>18</u> | Letter from Karen Moriarty, Esq.. (MORIARTY, KAREN) (Entered: 10/25/2017) |
| 10/25/2017 | Ï <u>19</u> | Joint Discovery Plan by COSMOPOLITAN SHIPPING CO., INC.. (Attachments: # <u>1</u> Letter to Judge Waldor)(COFFEY, GREGORY) (Entered: 10/25/2017) |
| 10/26/2017 | Ï <u>21</u> | ORDER denying request for adjournment of Rule 16 Scheduling Conference. Signed by Magistrate Judge Cathy L. Waldor on 10/26/2017. (ld, ) (Entered: 10/27/2017) |
| 10/27/2017 | Ï <u>20</u> | Joint Discovery Plan by COSMOPOLITAN SHIPPING CO., INC.. (Attachments: # <u>1</u> Letter to Judge Waldor)(COFFEY, GREGORY) (Entered: 10/27/2017) |
| 10/31/2017 | Ï | Minute Entry for proceedings held before Magistrate Judge Cathy L. Waldor: Initial Pretrial Conference held on 10/31/2017. (tjg, ) (Entered: 10/31/2017) |
| 10/31/2017 | Ï <u>22</u> | INITIAL PRETRIAL SCHEDULING ORDER: In−Person Status Conference set for 2/8/2018 at 10:00 AM in Newark − Courtroom 4C before Magistrate Judge Cathy L. Waldor. Please contact chambers with any questions or concerns. Motions to Amend Pleadings must be electronically filed no later than 3/15/2018. Fact discovery is to remain open through 5/31/2018. Joinder of Parties due by 3/15/2018. etc.. Signed by Magistrate Judge Cathy L. Waldor on 10/31/2017. (sms) (Entered: 11/01/2017) |
| 02/08/2018 | Ï | Minute Entry for proceedings held before Magistrate Judge Cathy L. Waldor: Status Conference held on 2/8/2018. (tjg, ) (Entered: 02/08/2018) |
| 02/08/2018 | Ï <u>23</u> | TEXT ORDER: The Court will hold a telephone conference, to be initiated by plaintiff, on 4/25/18 at 4:00 PM. Parties may contact chambers at (973) 776 7862. So Ordered by Magistrate Judge Cathy L. Waldor on 2/8/18. (tjg, ) (Entered: 02/08/2018) |
| 04/03/2018 | Ï <u>24</u> | OPINION. Signed by Judge William H. Walls on 4/3/2018. (ld, ) (Entered: 04/04/2018) |
| 04/03/2018 | Ï <u>25</u> | ORDER denying <u>10</u> Motion to Dismiss for Lack of Jurisdiction; that Continental's motion to transfer this action to the United States District Court for the Southern District of New York is granted; that the Clerk of the Court transfer this action to the United States District Court for the Southern District of New York. Signed by Judge William H. Walls on 4/3/2018. (ld, ) (Entered: 04/04/2018) |
| 04/03/2018 | Ï | ***Civil Case Terminated. (ld, ) (Entered: 04/04/2018) |