UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSMOPOLITAN SHIPPING CO., INC., (a Delaware Corporation) | : |
| Plaintiff, | : Civil Action No. 18-CV-03167-LGS |
| v. | : |
| CONTINENTAL INSURANCE COMPANY, (a Pennsylvania Corporation), MARSH & McLENNAN COMPANY, (a Delaware Corporation), and MARSH USA, INC., (a Delaware Corporation), | : NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, MARSH & McLENNAN COMPANY PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| Defendants. | : |

Plaintiff, Cosmopolitan Shipping Co., Inc. (hereinafter referred to Plaintiff"), hereby gives notice of its voluntary dismissal without prejudice of Defendant, Marsh & McLennan Company, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant, Marsh & McLennan Company has not filed an answer or motion for summary judgment as of this time.

                                                **COFFEY & ASSOCIATES**
                                                310 SOUTH STREET
                                                MORRISTOWN, NEW JERSEY 07960
                                                TEL: (973) 539-4500 • FAX: (973) 539-4501
                                                Attorneys for Plaintiff, Cosmopolitan Shipping Co., Inc.

                                          By:  */s/ Gregory J. Coffey*
                                                     Gregory J. Coffey

Dated: September 19, 2018