UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/20/2018__

COSMOPOLITAN SHIPPING CO., INC.,
(a Delaware Corporation)

Plaintiff,

v.

CONTINENTAL INSURANCE
COMPANY, (a Pennsylvania Corporation),
MARSH & McLENNAN COMPANY, (a
Delaware Corporation), and MARSH USA,
INC., (a Delaware Corporation),

Defendants.

:
:
:
:
:
:
:
:
:
:

**Civil Action No. 18-CV-03167-LGS**

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT, MARSH & McLENNAN
COMPANY PURSUANT TO F.R.C.P.
41(a)(1)(A)(i)**

Plaintiff, Cosmopolitan Shipping Co., Inc. (hereinafter referred to Plaintiff"), hereby gives notice of its voluntary dismissal without prejudice of Defendant, Marsh & McLennan Company, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant, Marsh & McLennan Company has not filed an answer or motion for summary judgment as of this time.

COFFEY & ASSOCIATES

310 SOUTH STREET
MORRISTOWN, NEW JERSEY 07960
TEL: (973) 539-4500 • FAX: (973) 539-4501
Attorneys for Plaintiff, Cosmopolitan Shipping Co., Inc.

Date: September 20, 2018
    New York, New York

By: ___*/s/ Gregory J. Coffey*___
        Gregory J. Coffey

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE