UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

COSMOPOLITAN SHIPPING CO., INC.,     :
                               Plaintiff,   :
                                       :

         -against-                   :

CONTINENTAL INSURANCE COMPANY, et  :
al.,                                         :
                                       :
                    Defendants.  :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2019____

18 Civ. 3167 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 5, 2020, a hearing will commence to determine whether

Continental Insurance Company issued any policies to Cosmopolitan Shipping Company, Inc.

that potentially provide coverage for the seamen's injuries at issue in this dispute.  Dkt No. 125;

WHEREAS, on December 19, 2019, the parties shall attend a pre-hearing conference at

which the Court will rule on exhibits, address the witness lists, and determine whether there is a

basis to proceed."  Dkt No. 125.  It is hereby

**ORDERED** that the parties shall, by **December 6, 2019**, send a copy of Plaintiff's

exhibits on a bookmarked CD to the Court's Chambers.


Dated: December 5, 2019
       New York, New York

_____
        **LORNA G. SCHOFIELD**
       **UNITED STATES DISTRICT JUDGE**