USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSMOPOLITAN SHIPPING CO., INC.,
                Plaintiff,

      -against-

CONTINENTAL INSURANCE COMPANY, et al.,

              Defendants.
------------------------------------------------------------X

18 Civ. 3167 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 5, 2020, a hearing will commence to determine whether Continental Insurance Company issued any policies to Cosmopolitan Shipping Company, Inc. that potentially provide coverage for the seamen's injuries at issue in this dispute. Dkt No. 125;

WHEREAS, on December 19, 2019, the parties shall attend a pre-hearing conference at which the Court will "rule on exhibits, address the witness lists, and determine whether there is a basis to proceed." Dkt No. 125. It is hereby

**ORDERED** that the parties shall, by **December 11, 2019**, file an Amended Joint List of Proposed Exhibits (*see* Dkt No. 132). The Amended Joint List shall include a new column which states whether Plaintiff's expert, Defendant's expert or both experts rely on the exhibit. The parties shall also revise the expert reports to include the Exhibit Number in citation to documents.

New York, New York

Dated: December 9, 2019

                                          LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE