```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
COSMOPOLITAN SHIPPING CO., INC.,                            :
                                    Plaintiff,              :
                                                            :    18 Civ. 3167 (LGS)
            -against-                                       :
                                                            :          ORDER
CONTINENTAL INSURANCE COMPANY, et                           :
al.,                                                        :
                                                            :
                                    Defendants.             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 19, 2019, the parties shall attend a pre-hearing conference at which the Court will rule on exhibits, address the witness lists, and determine whether there is a basis to proceed." Dkt No. 125. It is hereby

**ORDERED** that December 19, 2019, conference shall take place at 11:30 A.M.

Dated: December 16, 2019
       New York, New York

_____
          **LORNA G. SCHOFIELD**
       **UNITED STATES DISTRICT JUDGE**