```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
COSMOPOLITAN SHIPPING CO., INC.,                             :
                                          Plaintiff,         :
                                                             :      18 Civ. 3167 (LGS)
              -against-                                      :
                                                             :          ORDER
CONTINENTAL INSURANCE COMPANY, et                            :
al.,                                                         :
                                                             :
                                          Defendants.        :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 19, 2019, the parties attended a pre-hearing conference to discuss exhibits and proposed witnesses for a hearing scheduled to commence on March 5, 2020. It is hereby

**ORDERED** that, by **January 24, 2020**, Plaintiff Cosmopolitan Shipping Co., Inc. shall file a revised Exhibit List as discussed at the pre-hearing conference. It is further

**ORDERED** that, by **January 24, 2020**, the parties shall file (1) a stipulation of facts in narrative form including all relevant facts that are undisputed. The parties shall identify within the narrative those facts that are disputed, and each party's position. The parties shall email to Chambers a courtesy copy of the stipulation in Word format; (2) a stipulation as to Defendant's search of its own records; and (3) a stipulation as to Plaintiff's Exhibit 82. It is further

**ORDERED** that, by **February 14, 2020**, Plaintiff shall file witness statements to serve as direct testimony for Alan Jarvis, Lane Andrae and Russell P. Manheimer. Defendant Continental Insurance Company shall, by **February 14, 2020**, file a witness statement to serve as direct testimony for Thomas Prendergast. Any application to call additional witnesses must be made with supporting arguments no later than **February 4, 2020**. It is further

**ORDERED** that, by no later than **February 28, 2020**, the parties shall file simultaneous

memoranda of law addressing whether Continental issued a policy or policies to Cosmopolitan regarding the seamen at issue and, if so, the terms thereof, and including citations to the witness statements and exhibits.  The Court's Individual Rules III.B. regarding memoranda of law, including courtesy copies and page limits, shall apply except as otherwise provided herein.  It is further

**ORDERED** that, the February 20, 2020, final pre-hearing conference is adjourned and will be held on **March 19, 2020, at 11:30 A.M.**  It is further

**ORDERED** that the March 5, 2020, hearing is adjourned and will be held instead on **April 13, 2020, at 10:00 A.M**.

The Clerk of Court is respectfully directed to add the March and April dates to the calendar.

Dated: December 19, 2019
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**