```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
                                              : DOC #:_____
COSMOPOLITAN SHIPPING CO., INC.,              : DATE FILED: 3/27/2020
                            Plaintiff,        :
                                              :      18 Civ. 3167 (LGS)
            -against-                         :
                                              :           ORDER
CONTINENTAL INSURANCE COMPANY, et             :
al.,                                          :
                                              :
                            Defendants.       :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 18, 2020, a telephonic conference in anticipation of the evidentiary hearing was set for April 16, 2020, at 10:40 A.M., and the evidentiary hearing was set for May 11, 2020, at 10:00 A.M. ECF 180. It is hereby

**ORDERED** that the evidentiary hearing set for May 11, 2020, at 10:00 A.M. is adjourned to **June 8, 2020, at 10:00 A.M**. The pre-hearing conference set for April 16, 2020, at 10:40 A.M. is adjourned to **May 14, 2020, at 10:30 A.M.**

Dated: March 27, 2020
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE