UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSMOPOLITAN SHIPPING CO., INC.,<br><br>                                Plaintiff<br><br>- against -<br><br>CONTINENTAL INSURANCE COMPANY,<br><br>                                Defendant. | 18 Civ. 3167<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, an evidentiary hearing is set to begin on June 8, 2020, at 10:00 A.M.  ECF 181.  The pre-hearing conference is set for May 14, 2020, at 10:30 A.M.  *Id*.  It is hereby

**ORDERED** that the parties shall, by **May 5, 2020**, file a letter with the Court stating whether the June 8 evidentiary hearing and the May 14 conference can proceed by video conference.

Dated: April 28, 2020
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE