UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSMOPOLITAN SHIPPING CO., INC.,<br><br>　　　　　　　　　　　　Plaintiff<br><br>　　　- against -<br><br>CONTINENTAL INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Defendant. | 18 Civ. 3167<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

　　　　WHEREAS, an evidentiary hearing is set to begin on June 8, 2020, at 10:00 A.M.  ECF 181.  The pre-hearing conference is set for May 14, 2020, at 10:30 A.M.  *Id*;

　　　　WHEREAS, the parties have been directed to file, by May 5, 2020, a letter with the Court stating whether the June 8 evidentiary hearing and the May 14 conference can proceed by video conference.  ECF 182.  It is hereby

　　　　**ORDERED** that the parties May 5, 2020, letter shall also address whether they are able to proceed with the hearing and conference by Skype per the attached instructions and whether they are able to secure witnesses for the hearing.

Dated: May 1, 2020
　　　　New York, New York



*SKYPE FOR BUSINESS INSTRUCTION GUIDE FOR ATTORNEYS*



# ATTENDING COURT PROCEEDINGS THROUGH SKYPE FOR BUSINESS

**IMPORTANT** – Prior to any Court proceeding, you should receive a communication from the Court which contains a link or calendar invite that allows you access to the proceeding. The link will look like Figure 1 or Figure 1a below.

**Figure 1:**

https://meet.lync.com/fedcourts-nysd/user_user/AAAAAAA

**Figure 1a (from a Calendar Invite):**



1. Once you click on the link, the "How Would You Like to Join the Meeting" screen should appear. If you already have Skype for Business installed on your computer, you may join by clicking "Join with my Skype for Business Desktop Client." See Figure 2 below:



*Figure 2 -How Would You Like to Join the Meeting screen*

**IMPORTANT – If you do not have the Desktop Client and a separate window did not open, you must click "Reinstall Skype Meetings App (web)".  This will reinstall the web browser version of Skype for Business. After the download, you must click "Try to join meeting again."  Depending on the browser you are using, the application has likely been downloaded to a set location on your computer, so please know where your files download.**

2. Once you have reinstalled the *Skype for Business* application, you will be prompted to choose what application you would like to use to join the meeting. If you have the Desktop Client, you will choose the Skype Desktop Client. If you have the Web App version, you will open the link through the Skype Meeting App. See Figure 3 below:



*Figure 3- What Application Would You Like to Use screen*

3. Once you have made your selection to "Launch Application", you will be brought to the "Enter your Name" screen. On this screen, enter your name, then click **Join.** See Figure 4 below:



*Figure 4- Enter your Name screen*

4. Once you've entered your name and clicked the **Join** button, the "Virtual Lobby" screen should appear. Once this screen appears, you have successfully joined the proceedings once they begin. See Figure 5 below:



*Figure 5- The Virtual Lobby*

# FREQUENTLY ASKED QUESTIONS

**Note: For issues not raised in this manual, our first suggestion is that you check Microsoft's Skype for Business help & learning page, found here: https://support.office.com/en-us/skype-for-business**

**Q: Is Skype for Business free?**

A: Even if you do not have a license, you can connect to a Court Initiated Skype for Business meeting by clicking on the link sent to you, free of charge.

**Q: I have regular Skype. Can I connect to Skype for Business?**

A: The court utilizes Skype for Business and to connect to a proceeding, each participant is required to utilize either the Skype for Business Web or Desktop Application.

**Q:  Am I able to just call in via telephone?**

A: If you prefer to only call in via telephone, make that request ahead of time to ensure the invite includes an audio only line.   If you do not see that information in the invite, contact the meeting host.

**Q: The connection is unstable and is going in and out, what should I do?**

A: Ensure you have a strong internet connection. If you do not and are using Wi-Fi, move closer to the Wi-Fi source, and ensure no one else is using your Wi-Fi source (if possible).

**Q: I am in the meeting, but cannot see anyone else and they cannot see or hear me, what should I do?**

A: This may occur when your camera and/or microphone are turned off. If this occurs turn on your camera by clicking on the camera icon, and then start my video.  For audio, ensure your mic is not muted by clicking on the microphone button. See below:



**Q: Can I see who else is in the meeting?**

A: At the top left of your screen, click on the "Participant" icon:



**Q: Can I enter a chat with other participants?**

A: Yes. On the bottom left of your screen, click on the chat icon:



**Q: Can I share a file with other participants?**

A: Yes. In order to share content, you need approval to become a presenter from the Judge presiding over the case. Once you have been made a presenter, you will click the "Share Content" button, then, either add the attachment if it is a document, or click "Add PowerPoint" if it is a PowerPoint presentation. You can also share your desktop by clicking the "Share Content" button during the proceeding, then clicking "Share Screen" or "Share Desktop". You can stop sharing by clicking "Stop Sharing" at the top of your screen. Once you are done sharing, the judge or organizer of the meeting will change your role back to attendee (from presenter), so that you will no longer have the ability to share files.

**Q: How do I prevent background noise during the proceeding?**

A:  Mute your microphone when not speaking and unmute when you wish to speak. After speaking, mute your microphone again.