UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

COSMOPOLITAN SHIPPING CO., INC.,

                Plaintiff

- against -

CONTINENTAL INSURANCE COMPANY,

                Defendant.

18 Civ. 3167

ORDER

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, the telephonic pre-hearing conference is set for May 14, 2020, at 10:30 A.M.  ECF 181.  It is hereby

    **ORDERED** that the telephonic pre-hearing conference is adjourned to May 14, 2020, at 11:50 A.M.

Dated: May 12, 2020
       New York, New York

                                  LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE