UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COSMOPOLITAN SHIPPING CO., INC.,

                Plaintiff

- against -

CONTINENTAL INSURANCE COMPANY, et al.

                Defendants.

18 Civ. 3167

ORDER

---

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the telephonic pre-hearing conference was held on May 14, 2020.  It is hereby

**ORDERED** that Defendant Continental Insurance Company shall, by May 28, 2020, send Plaintiff Cosmopolitan Shipping Co., Inc., a letter identifying the authentication issues discussed at the conference.  Plaintiff shall send Defendant a letter in response no later than June 11, 2020.  Any remaining objections shall be raised at the hearing.  It is further

**ORDERED** that by June 4, 2020, the parties shall disclose all demonstrative aids that may be used at the upcoming evidentiary hearing.  Any disputes should be raised promptly with the Court.  It is further

**ORDERED** that the evidentiary hearing scheduled to begin on June 8, 2020, at 10:00 A.M. is adjourned to **August 25, 2020, at 10:00 A.M.**  The parties shall make diligent efforts to ensure that, if necessary, the hearing can take place by video conference without any interruptions.  It is further

**ORDERED** that the parties may file a letter by **July 17, 2020**, requesting another pre-hearing conference.  The letter shall state a proposed date for the conference and all issues the parties wish to discuss.

Dated: May 14, 2020
      New York, New York

                                           LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE