UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
COSMOPOLITAN SHIPPING COMPANY,    :
INC.,                             :
                    Plaintiff,    :    18 Civ. 3167 (LGS)
:
      -against-    :    ORDER
:
CONTINENTAL INSURANCE COMPANY,    :
                    Defendant,  X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an evidentiary hearing was held on August 25, 2020;

      WHEREAS, the parties have not yet delivered their closing statements; it is hereby

      **ORDERED** that closing statements for the evidentiary hearing shall be scheduled for **September 2, 2020, at 9:30AM.**  It is further

      **ORDERED** that, by **August 31, 2020**, the parties shall provide the video conference information for the closing statements to the Court as well as a dial in number for the public.

Dated: August 25, 2020
      New York, New York

                                                LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE