UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSMOPOLITAN SHIPPING COMPANY, INC.,

                    Plaintiff,   18 Civ. 3167 (LGS)

-against-   ORDER

CONTINENTAL INSURANCE COMPANY,
                    Defendant, X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an evidentiary hearing was held on August 25, 2020;

    WHEREAS, the parties have not yet delivered their closing statements; it is hereby

    **ORDERED** that closing statements for the evidentiary hearing are adjourned from **September 2, 2020, at 9:30 A.M.** to **September 2, 2020, at 2 P.M.**

Dated: August 31, 2020
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**