UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
COSMOPOLITAN SHIPPING CO., INC.,                            :
                                    Plaintiff,              :
                                                            :            18 Civ. 3167 (LGS)
                    -against-                               :
                                                            :                 ORDER
CONTINENTAL INSURANCE COMPANY.                              :
                                    Defendant,              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on September 2, 2020, the parties completed closing arguments for an evidentiary hearing; it is hereby

    **ORDERED** that, by **September 11, 2020**, Plaintiff shall file on ECF (1) an Excel chart comparing policy terms for the various insurance policies and endorsements contained in Plaintiff's exhibits; (2) a clearer copy of Plaintiff's Exhibit 6; (3) an affidavit by Mr. Alan Jervis laying the foundation for his use of, and reliance on, Plaintiffs Exhibits 30-32, 81, and 133; (4) and any affidavits that provide additional authenticating information for Plaintiff's exhibits. Plaintiff shall email the Court and Defendant a courtesy copy of the Excel chart in native format.

    **ORDERED** that, by **September 17, 2020**, Defendant shall file on ECF any response to Plaintiff's submissions detailed above. In the event that Defendant has additions or modifications to the Excel chart, Defendant shall submit a revised version of the chart showing the changes.

Dated: September 2, 2020
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**