# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSMOPOLITAN SHIPPING COMPANY, INC. (a Delaware Corporation),<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL INSURANCE COMPANY (a Pennsylvania Corporation) and MARSH USA INC. (a Delaware Corporation),<br><br>Defendants. | Civil Action No. 2:18-cv-03167-LGS<br><br>*Filed Electronically*<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE THAT**, upon the annexed Declaration of Christopher J. St. Jeanos, Esq., dated March 26, 2021, and the exhibits thereto, and the accompanying Memorandum of Law and Local Rule 56.1 Statement of Undisputed Material Facts in Support of Defendant Marsh USA Inc.'s Motion for Summary Judgment, the undersigned, on behalf of Defendant Marsh USA Inc. ("Marsh"), hereby moves this Court before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Courtroom 1106, New York, New York 10007, for an Order granting Marsh's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 in its entirety and for such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Order entered March 15, 2021 (ECF No. 227), opposition papers shall be filed by April 9, 2021 and reply papers shall be filed by April 20, 2021.

Dated: March 26, 2021
      New York, New York

By: */s/ Christopher J. St. Jeanos*

**WILLKIE FARR & GALLAGHER LLP**
Christopher J. St. Jeanos
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
cstjeanos@willkie.com

*Attorneys for Defendant Marsh USA Inc.*