UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COSMOPOLITAN SHIPPING CO., INC.,
                      Plaintiff,

            -against-

MARSH USA, INC.,
                      Defendant.
------------------------------------------------------------X

18 CIVIL 3167 (LGS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 27, 2021, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
         July 28, 2021

                                                  RUBY J. KRAJICK
                                                  Clerk of Court
                           **BY:**
                                                  **Deputy Clerk**