# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSMOPOLITAN SHIPPING CO., INC., (a Delaware Corporation) | : |
| | : |
| Plaintiff, | : **Civil Action No. 18-CV-03167-LGS** |
| | : |
| v. | : |
| | : |
| CONTINENTAL INSURANCE COMPANY, (a Pennsylvania Corporation), MARSH & McLENNAN COMPANY, (a Delaware Corporation), and MARSH USA, INC., (a Delaware Corporation), | : **NOTICE OF APPEAL** |
| | : |
| | : |
| Defendants. | : |

Notice is hereby given that Plaintiff, Cosmopolitan Shipping Co., Inc. (hereinafter referred to as "Plaintiff" or "Cosmopolitan") hereby appeals to the United States District Court of Appeals for the Second Circuit from the Findings of Fact and Conclusions of Law entered in this action on January 22, 2021 [DN 211], the Order denying Plaintiff's motion for reconsideration entered in this action on February 17, 2021 [DN 219], the Order dismissing defendant, Continental Insurance Company entered in this action on March 5, 2021 [DN 224], and the Opinion and Order granting Defendant, Marsh USA, Inc.'s motion for summary judgment entered in this action on July 27, 2021 [DN 235].

**COFFEY & ASSOCIATES**
Gregory J. Coffey, Esq.
310 SOUTH STREET
MORRISTOWN, NEW JERSEY 07960
TEL: (973) 539-4500 • FAX: (973) 539-4501
E-MAIL: gjc@coffeylaw.com
Attorneys for Plaintiff,
Cosmopolitan Shipping Co., Inc.


By:   */s/ Gregory J. Coffey*
         Gregory J. Coffey

Dated:  New York, New York
            August 24, 2021